## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**SONY WEATHEREAL**                                                      **PLAINTIFF**

**V.**                          **CASE NO. 3:21-CV-3088**

**SHERIFF J. ROSS, Carroll County, Arkansas;**
**MAJOR JERRY WILLIAMS,**
**Carroll County Detention Center (CCDC);**
**CAPTAIN JAMES LOOKINGBILL,**
**Jail Administrator, CCDC;**
**LIEUTENANT CALLAS, CCDC;**
**and MELLISSA HANCOCK, CCDC**                              **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 54) filed in this case on June 6, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.    Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute the case, failure to obey court orders, and failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 27th day of June, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE